**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE:** | **CASE NO.** 12-16651-CL |
| ROBERT ANTHONY HAIRGROVE | **JUDGE** CHRISTOPHER B. LATHAM |
| EMILIA ANNE HAIRGROVE | |
| 6949 ADAMS AVENUE | |
| LA MESA, CA  91942 | **DATE:** 06/26/2013 |
| Debtors | |
| SSN(1): XXX-XX-8605    SSN (2) : XXX-XX-2067 | |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

**NOTICE IS HEREBY GIVEN** of claims filed and the intent to pay the claims of creditors named below and in the amounts and manner, set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | %FORGIVE | CLASSIFICATION |
|---|---|---|---|---|
| 00002 | AMERICREDIT FINANCIAL SERVICES<br>BOX 183853<br>ARLINGTON, TX  76096-3853 | 2,924.10<br><br>5.00% INT | 0.00<br><br>ACCT: 9262<br>COMM: 07 DODGE RAM > 910 | SEC'D INSTALLMENTS |
| 00009 | AT&T Services, Inc.<br>One AT&T Way, Room 3A 231<br>Bedminster, NJ  07921 | 423.41 | 100.00<br><br>ACCT: 8391/1483<br>COMM: | UNSECURED |
| 00001 | Capital Recovery Group<br>Box 29426<br>Phoenix, AZ  85038-9426 | 6,104.29<br><br>5.00% INT | 0.00<br><br>ACCT: 7026<br>COMM: 09 TRIUMPH > 910 | SEC'D INSTALLMENTS |
| 00006 | DISCOVER FINANCIAL SERVICES<br>BOX 3025<br>NEW ALBANY, OH  43054-3025 | 2,842.09 | 100.00<br><br>ACCT: 2961<br>COMM: | UNSECURED |
| 00008 | FRESNO COUNTY FEDERAL CU<br>PO BOX 8027<br>FRESNO, CA  93747-8027 | 2,695.55 | 100.00<br><br>ACCT: 0166<br>COMM: | UNSECURED |
| 00003 | NATIONSTAR MORTGAGE LLC<br>350 HIGHLAND DR<br>LEWISVILLE, TX  75067 | 2,756.66 | 0.00<br><br>ACCT: 3404<br>COMM: ARR 0 - 1ST TD 6949<br>      ADAMS AVE | ARREARS, R.E. |
| 00005 | SCHEDULED UNSECURED DEBTS<br>DOES NOT REPRESENT ACTUAL<br>CLAIMS FILED<br>INFORMATIONAL PURPOSES ONLY<br>, | 0.00 | 100.00<br><br>ACCT:<br>COMM: | UNSECURED |

PAGE 2 - CHAPTER 13 CASE NO. 12-16651-CL

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | %FORGIVE | CLASSIFICATION |
|---|---|---|---|---|
| 00007 | WELLS FARGO BANK<br>BOX 9210<br>DES MOINES, IA  50306-9210 | 2,706.99 | 100.00<br><br>ACCT: 4220<br>COMM: | UNSECURED |
| 00004 | WELLS FARGO DEALER SERVICES<br>BOX 25341<br>SANTA ANA, CA  92799 | 11,352.57<br><br>5.00% INT | 0.00<br><br>ACCT: 4307<br>COMM: 10 KIA FORTE < 910 | SEC'D INSTALLMENTS |
| 10004 | WELLS FARGO DEALER SERVICES<br>BOX 25341<br>SANTA ANA, CA  92799 | 0.30 | 100.00<br><br>ACCT: 4307<br>COMM: Split Claim | UNSECURED<br>Limit disbursement to 1 |
| TOTAL | | 31,805.96 | | |
| | **JOHN A VARLEY<br>FINANCIAL LAW ASSOCIATES APC<br>7373 UNIVERSITY AVENUE STE 113<br>LA MESA, CA  91942-0523** | 2,581.00 | | ATTORNEY |

   Pursuant to 11 U.S.C. 502(a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest of files with the court in accordance with Rule 3007, <u>and Objection to Claim and Request for Hearing within thirty (30) days of this notice.</u>

/s/ Thomas H. Billingslea, Jr.

THOMAS H. BILLINGSLEA, JR.
530 B. STREET, SUITE 1500
SAN DIEGO, CA  92101

PAGE 3 - CHAPTER 13 CASE NO. 12-16651-CL

**CERTIFICATE OF SERVICE**

I am employed in the County of San Diego, State of California. I am over the age of eighteen and am not a party to the within action.  My business address is:Thomas H. Billingslea, Jr., Chapter 13 Trustee, 530 B. Street, Suite 1500, San Diego, CA  92101.

Today, I served the following document described as: NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS on the parties listed below by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at San Diego, CA addressed as follows:

ROBERT ANTHONY HAIRGROVE
EMILIA ANNE HAIRGROVE
6949 ADAMS AVENUE
LA MESA, CA  91942

JOHN A VARLEY
FINANCIAL LAW ASSOCIATES APC
7373 UNIVERSITY AVENUE STE 113
LA MESA, CA  91942-0523

AMERICREDIT FINANCIAL SERVICES
BOX 183853
ARLINGTON, TX  76096-3853

Capital Recovery Group
Box 29426
Phoenix, AZ  85038-9426

NATIONSTAR MORTGAGE LLC
350 HIGHLAND DR
LEWISVILLE, TX  75067

WELLS FARGO DEALER SERVICES
BOX 25341
SANTA ANA, CA  92799

I declare under penalty of perjury that the foregoing is true and correct

Dated:  6/27/2013

/s/ Steve Murdock
Staff Name

Case 12-16651-CL13    Filed 06/27/13    Doc 29    Pg. 4 of 4